# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

WILBUR ERIC FRENCH,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D22-2615

_____

September 6, 2023

Appeal from the Circuit Court for Pinellas County; Pat Siracusa, Judge.

Brooke Elvington, Dunedin, for Appellant.

Ashley Moody, Attorney General, Tallahassee and Donna S. Koch, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

   Affirmed.

KELLY, MORRIS, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.